**EXHIBIT A**

TASKS PERFORMED BY TRUSTEE

(Describe tasks performed and results achieved in chronological order by date of commencement)

Trustee, upon acceptance of appointment, performed the following, namely:

- A. Contacted counsel for the Debtor to ascertain what property, if any, the Trustee would be required to take possession of;

- B. Conducted a 341 meeting;

- C. Retained counsel;

- D. Opened a trust account;

- E. Actively participated with counsel in the sale of real property*;

- F. Invested the funds he collected in an interest bearing account;

- G. Filed interim reports in this proceeding;

- H. Retained acccountants;

- I. Checked claims;

- J. Responded to inquiries from creditors and other parties in interest; and

- K. Prepared Trustee's Final Report & Account and did all things required of the Trustee in bankruptcy.

* It appeared from the outset of this administration that the assets, being two parcels of real estate, (i) one with no mortgage and (ii) one with a very small mortgage plus the Homestead Exemption would liquidate for a sum more than sufficient to pay all administrative expenses plus leave a substantial dividend for unsecured creditors. The real estate market being what it is today brought substantially less for the home with the mortgage and no offers for the property that was free and clear except for unpaid real estate taxes, which property the Trustee abandoned pursuant to order of Court.

The closing of the one parcel was made complicated because of an error by the surveyor; the title company and lack of cooperation by the debtors delaying the obtaining of the necessary approvals by the village building department. It is because of these problems and the bad real estate market, that after paying all costs in connection with the sale including pro-rations, broker commissions, and Homestead Exemption, this estate finds itself administratively insolvent.