**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>LOW, LESLIE C<br>LOW, LINDA L<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 07-10645 SHJ<br><br>JUDGE John H. Squires |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

   At:  U.S. BANKRUPTCY COURT
        219 South Dearborn, Courtroom 680
        Chicago, Illinois 60604

   on:  **September 22, 2008**
   at:  **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   a. Receipts                              $         81,381.57

   b. Disbursements                         $         65,576.70

   c. Net Cash Available for Distribution   $         15,804.87

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| Popowcer Katten, Ltd.<br>(Trustee's Accountant Fees) | 0.00 | $945.00 | |

| | | |
|---|---|---|
| GLENN R. HEYMAN<br>(Trustee Fees) | 0.00 | $5,819.08 |
| Crane, Heyman, Simon, Welch & Clar<br>(Trustee's Firm Legal Fees) | 0.00 | $10,380.00 |
| Crane, Heyman, Simon, Welch & Clar<br>(Trustee's Firm Legal Expenses) | 0.00 | $469.81 |

5.  In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $9,666.24 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 6 | Illinois Department of Revenue | 1,885.97 | 0.00 |
| 16 | Internal Revenue Service | 7,780.27 | 0.00 |

6.  Claims of general unsecured creditors totaling $180,198.55 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0.00%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 3 | Credit Line Recovery, PO Box 1166, Northbrook, IL | $ 10,640.53 | $ 0.00 |
| 4 | Discover Bank/DFS Services LLC | $ 11,701.31 | $ 0.00 |
| 6 | Illinois Department of Revenue | $ 211.00 | $ 0.00 |
| 7 | CHASE BANK USA | $ 22,395.18 | $ 0.00 |
| 8 | CHASE BANK USA | $ 20,507.17 | $ 0.00 |
| 9 | CHASE BANK USA | $ 3,027.19 | $ 0.00 |
| 10 | CHASE BANK USA | $ 7,024.30 | $ 0.00 |
| 11 | CHASE BANK USA | $ 9,669.97 | $ 0.00 |
| 12 | Alliant Credit Union | $ 4,695.56 | $ 0.00 |
| 13 | Alliant Credit Union | $ 4,018.72 | $ 0.00 |
| 14 | Alliant Credit Union | $ 4,695.56 | $ 0.00 |
| 15 | LVNV Funding LLC its successors and assigns as | $ 16,433.82 | $ 0.00 |
| 16 | Internal Revenue Service | $ 2,288.73 | $ 0.00 |
| 17 | LVNV Funding LLC its successors and assigns as | $ 24,688.70 | $ 0.00 |
| 18 | LVNV Funding LLC its successors and assigns as | $ 22,962.21 | $ 0.00 |
| 19 | Portfolio Recovery Associates, LLC. c/o Mbna Ameri | $ 15,238.60 | $ 0.00 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing: 916 6th St property, checking accounts, household goods and furnishings, unpaid rents - Bonnie Sparks, 1990 Olds Calais automobile and animals.


Dated:  **August 22, 2008**                         For the Court,


                                                By:**KENNETH S. GARDNER**
                                                    Kenneth S. Gardner
                                                    Clerk of the United States Bankruptcy Court
                                                    219 S. Dearborn Street; 7th Floor
                                                    Chicago, IL  60604

Trustee:  GLENN R. HEYMAN
Address:  135 S. LaSalle Street, #3705
Chicago, IL  60603
Phone No.:  (312) 641-6777

## SERVICE LIST

### LESLIE C. LOW & LINDA L. LOW
### 07 B 10645

Glenn R. Heyman
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street, Suite 3705
Chicago, IL 60603

Lois West
Popowcer Katten, Ltd.
35 East Wacker Drive, Suite 1550
Chicago, IL  60601-2207