# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 07-10645 SHJ |
|---|---|
| Case Name: | LOW, LESLIE C |
| | LOW, LINDA L |
| Taxpayer ID #: | 13-7583743 |
| Period Ending: | 10/24/08 |

| Trustee: | GLENN R. HEYMAN (330360) |
|---|---|
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****89-65 - Money Market Account |
| Blanket Bond: | $5,000,000.00 (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 12/11/07 | {13} | Viran Pampel | October Rent for 346 Calumet Blvd, Harvey, IL | 1222-000 | 375.00 | | 375.00 |
| 12/11/07 | {13} | Viran Pampel | November Rent for 346 Calumet Blvd. Harvey, IL | 1222-000 | 375.00 | | 750.00 |
| 12/11/07 | {13} | Viran Pampel | December Rent for 346 Calumet Blvd. Harvey, IL | 1222-000 | 375.00 | | 1,125.00 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 0.35 | | 1,125.35 |
| 02/07/08 | {13} | Ann Pampel | January Rent 346 Calumet Blvd. Harvey, IL | 1222-000 | 251.00 | | 1,376.35 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 0.58 | | 1,376.93 |
| 02/04/08 | 1001 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2007 FOR CASE #07-10645, Blanket Bond Payment for Glenn Heyman ~ Bond Number 016026455 | 2300-000 | | 1.34 | 1,375.59 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 0.28 | | 1,375.87 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.25 | | 1,376.12 |
| 04/03/08 | {1} | Ticor Title Insurance | Sale of 345 Calumet Blvd. | | 14,424.64 | | 15,800.76 |
| | | | Gross Receipt sale of 345 Calumet Blvd Harvey, IL | 1110-000 | 80,000.00 | | 15,800.76 |
| | | | Broker Commissions | 3510-000 | -5,600.00 | | 15,800.76 |
| | | | Payoff of Mortgage | 4110-000 | -23,834.23 | | 15,800.76 |
| | | | County Taxes 07/07-12/31/07 | 2820-000 | -1,603.20 | | 15,800.76 |
| | | | County Taxes 01/01/08-04/02/08 | 2820-000 | -802.17 | | 15,800.76 |
| | | | Title Insurance | 2500-000 | -550.00 | | 15,800.76 |
| | | | Overnight delivery and | 2500-000 | -55.00 | | 15,800.76 |
| | | | **Subtotals :** | | **$15,802.10** | **$1.34** | |

{} Asset reference(s)

EXHIBIT B
Printed: 10/24/2008 03:15 PM   V.10.54

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 07-10645 SHJ | Trustee: | GLENN R. HEYMAN (330360) |
| --- | --- | --- | --- |
| Case Name: | LOW, LESLIE C | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | LOW, LINDA L | Account: | ***-*****89-65 - Money Market Account |
| Taxpayer ID #: | 13-7583743 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 10/24/08 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/21/08 | {1} | Ticor Title Insurance | tax service fees | | | | |
| | | | City and State Tax Stamps | 2500-000 | | | 15,800.76 |
| | | | Survey Preparation | 3991-000 | -1,200.00 | | 15,800.76 |
| | | | Homestead Exemption to Leslie and Linda Low | 8100-002 | -30,000.00 | | 15,800.76 |
| | | | 1st Installment 2007 Cook County taxes | 2820-000 | -1,553.75 | | 15,800.76 |
| | | | Reimbursement for Water bill & Inspection to broker | 2500-000 | -97.01 | | 15,800.76 |
| | | | City Tax Stamps reimbursement to broker | 2820-000 | -160.00 | | 15,800.76 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Tax Overage | 1110-000 | 0.34 | | 15,801.10 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 1.80 | | 15,802.90 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.97 | | 15,804.87 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.00 | | 15,806.87 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.00 | | 15,808.87 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.87 | | 15,810.74 |
| 09/22/08 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.1500% | 1270-000 | 1.49 | | 15,812.23 |
| 09/22/08 | | To Account #*********8966 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | | 15,812.23 | 0.00 |

| | Subtotals : | $11.47 | $15,812.23 | |

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 07-10645 SHJ | Trustee: | GLENN R. HEYMAN (330360) |
|---|---|---|---|
| Case Name: | LOW, LESLIE C | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | LOW, LINDA L | Account: | ***-*****89-65 - Money Market Account |
| Taxpayer ID #: | 13-7583743 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 10/24/08 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| | | | | | | | |
| | | | | | 15,813.57 | 15,813.57 | $0.00 |
| | | **ACCOUNT TOTALS** | | | | | |
| | | Less: Bank Transfers | | | 0.00 | 15,812.23 | |
| | | **Subtotal** | | | 15,813.57 | 1.34 | |
| | | Less: Payments to Debtors | | | | 30,000.00 | |
| | | **NET Receipts / Disbursements** | | | **$15,813.57** | **$-29,998.66** | |

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 07-10645 SHJ | Trustee: | GLENN R. HEYMAN (330360) |
|---|---|---|---|
| Case Name: | LOW, LESLIE C | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | LOW, LINDA L | Account: | ***-*****89-66 - Checking Account |
| Taxpayer ID #: | 13-7583743 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 10/24/08 | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 09/22/08 | | From Account #********8965 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | 15,812.23 | | 15,812.23 |
| 09/23/08 | 101 | Popowcer Katten, Ltd. | Dividend paid 100.00% on $945.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 945.00 | 14,867.23 |
| 09/23/08 | 102 | GLENN R. HEYMAN | Dividend paid 89.19% on $5,819.08, Trustee Compensation; Reference: | 2100-000 | | 5,190.12 | 9,677.11 |
| 09/23/08 | 103 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 89.19% on $10,380.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 9,258.08 | 419.03 |
| 09/23/08 | 104 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 89.19% on $469.81, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 419.03 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 15,812.23 | 15,812.23 | $0.00 |
| | | | Less: Bank Transfers | | 15,812.23 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 15,812.23 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$15,812.23** | |

# Form 2
## Cash Receipts And Disbursements Record

Page: 5

| Case Number: | 07-10645 SHJ | Trustee: | GLENN R. HEYMAN (330360) |
|---|---|---|---|
| Case Name: | LOW, LESLIE C | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | LOW, LINDA L | Account: | ***-*****89-66 - Checking Account |
| Taxpayer ID #: | 13-7583743 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 10/24/08 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

|  | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****89-65 | 15,813.57 | -29,998.66 | 0.00 |
| Checking # ***-*****89-66 | 0.00 | 15,812.23 | 0.00 |
| **TOTAL - ALL ACCOUNTS** | **$15,813.57** | **$15,813.57** | **$0.00** |

{} Asset reference(s)